UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                CASE NO. 07 B 09470
    EARNALD DE SHAZER
                                      CHAPTER 13

                                      JUDGE: BRUCE W BLACK
           Debtor
    SSN XXX-XX-6780
```

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/24/07 and confirmed on 10/31/07.

2. The case was dismissed after confirmation, 10/31/2008.

3. The Debtor paid a total of $ 12376.20 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITI RESIDENTIAL LENDING | CURRENT MORTG | .00 | .00 | .00 |
| CITI RESIDENTIAL LENDING | MORTGAGE ARRE | 5825.31 | .00 | 5825.31 |
| UMLI/HOMEVEST CAPITAL LL | SECURED | .00 | .00 | .00 |
| UMLI/HOMEVEST CAPITAL LL | MORTGAGE ARRE | 6598.96 | .00 | 2153.82 |
| CLARIDGE ESTATES HOME AS | SECURED | 1224.50 | .00 | 349.18 |
| FRIEDMAN & WEXLER | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 435.55 | .00 | .00 |
| MCS | UNSECURED | NOT FILED | .00 | .00 |
| MCS | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| SUPERIOR MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS AMERICAN WATER | SECURED | 476.50 | .00 | 163.12 |
| COMED | UNSECURED | 4204.74 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 14125.27 | .00 | 4640.29 | .00 | 18765.56 |
| PRINCIPAL PAID | 8491.43 | .00 | .00 | .00 | 8491.43 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 8491.43 | .00 | .00 | .00 | 8491.43 |

The Debtor's attorney, GLENDA J GRAY                , was allowed $   3500.00
and was paid $    226.00  direct and $   3274.00  through the plan.

The Trustee received $     610.77 .

Refunds to the Debtor totaled $         .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 01/20/09                        /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE




                             PAGE   2
         CASE NO. 07 B 09470 EARNALD DE SHAZER